## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly D. Moore  
               <u>Debtor</u>

CHAPTER 13

BKY. NO. 16-17491 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 5570

                                                   Respectfully submitted,

                                                   **<u>/s/Denise Carlon, Esquire</u>**  
                                                   Denise Carlon, Esquire  
                                                   Thomas Puleo, Esquire  
                                                   KML Law Group, P.C.  
                                                   701 Market Street, Suite 5000  
                                                   Philadelphia, PA 19106-1532  
                                                   (215) 825-6306  FAX (215) 825-6406