**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Kimberly D. Moore**                                     Chapter 13
                Debtor.               **:**         BANKRUPTCY  NO. **16-17491-elf**

_____


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR PROVIDENCE VIEW CONDOMINIUM ASSOCIATION**

      The undersigned hereby enters his appearance for Providence View Condominium Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                                   **Clemons Richter & Reiss, P.C.**
                                                   107 East Oakland Avenue
                                                   Doylestown, PA 18901
                                                   Tel. (215) 348-1776

Date: October 26, 2016

                                                   _____
                                                 Stefan Richter, Esquire
                                                 Attorney for Movant