United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kimberly D. Moore  
     Debtor

Case No. 16-17491-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Jan 12, 2017  
                    Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
```
db             +Kimberly D. Moore,    817 Dilworth Lane,    Collegeville, PA 19426-3971
13813313       +Providence View Condominium Association,    400 Campus Drive,    Suite 101,
                 Collegeville, PA 19426-4948
13813315       +Stefan Richter, Esquire,    Clemons Richter & Reiss, P.C.,    107 East Oakland Avenue,
                 Doylestown, PA 18901-4610
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Kimberly D. Moore spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              DENISE ELIZABETH CARLON    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              STEFAN RICHTER    on behalf of    Providence View Condominium Association srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE **Kimberly D. Moore** | : | **Chapter 13** |
| Debtor. | : | BANKRUPTCY NO. **16-17491-elf** |
| | : | |

## ORDER

AND NOW, this __12th__ day of __January__, 2017, upon Motion for Relief from the Automatic Stay of Providence View Condominium Association, it is hereby **ORDERED** that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with the remedies for collection of assessments **made subsequent to the commencement of this bankruptcy case** on Debtor's real estate known as 817 Dilworth Lane, Collegeville PA, 19426 in accordance with the Declaration of Condominium.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**